IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-CT-03118-M-RJ

| | | |
|---|---|---|
| CHRISTOPHER TERAN WALKER,<br>Plaintiff,<br>v.<br>DAVID L. MAY, et al.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER** |

On April 17, 2026, Christopher Teran Walker ("plaintiff"), a state inmate proceeding without prepayment of fees, filed *pro se* a complaint under 42 U.S.C. § 1983. See [D.E. 1, 2, 7].

On October 9, 2026, the court, *inter alia*, conducted its initial review of the complaint, dismissed plaintiff's Fourteenth Amendment claims, dismissed without prejudice May and Mattocks as defendants, directed plaintiff to file an amended complaint on the correct forms within 21 days, and warned plaintiff that the court may dismiss the action without prejudice for failure to prosecute if he failed to file an amended complaint within the time allowed. See Order [D.E. 10].

Despite receiving a warning, plaintiff failed to file an amended complaint in the time allowed by the prior order. See Ballard v. Carlson, 882 F.2d 93, 95 (4th Cir. 1989); Clack v. Rappahannock Reg'l Staff, 590 F. App'x 291, 291–92 (4th Cir. 2015) (per curiam) (unpublished).

Accordingly, the court DISMISSES WITHOUT PREJUDICE the action for failure to prosecute and DIRECTS the clerk to close the case.

SO ORDERED this 2d day of November, 2026.

Richard E Myers II

RICHARD E. MYERS II
Chief United States District Judge